IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRIS L. FRENCH,         ) | |
|                         ) | |
|    Plaintiff,    ) | |
|                         ) | CIVIL ACTION NO. |
|   v.               ) | 2:16cv613-MHT |
|                         ) | (WO) |
| UNITED PARCEL SERVICE,     ) | |
| INC.,                     ) | |
|                         ) | |
|    Defendant.    ) | |

## OPINION

Plaintiff filed this lawsuit asserting that defendant engaged in racial discrimination when it terminated him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to strike plaintiff's amended complaint be denied, that defendant's partial motion to dismiss plaintiff's pattern-and-practice and retaliation claims from the amended complaint be granted, and that defendant's partial motion to dismiss the original complaint be denied as moot.  There are no objections to the recommendation.  After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of January, 2017.

                           /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**